UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY HENKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:06-CV-01386 (CEJ) |
| | ) |
| CASEY'S MARKETING COMPANY, | ) |
| d/b/a CASEY'S, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This action was removed by defendant to this Court from the Twelfth Judicial Circuit Court of Montgomery County, Missouri. Montgomery County is in the Northern Division of this District, as set forth in Local Rule 2.07(A)(2).

Accordingly,

**IT IS HEREBY ORDERED** that the clerk shall transfer this matter to the Northern Division of the Eastern District of Missouri for all further proceedings.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 19th day of October, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com